UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| WESCO INSURANCE COMPANY,<br><br>    Plaintiff,<br>v.<br><br>AMERILAND SERVICES, LLC, and K. HOVNANIAN JV SERVICES COMPANY, LLC,<br>    Defendants, | |
| AMERILAND SERVICES, LLC,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>WESCO INSURANCE COMPANY,<br><br>    Counterclaim Defendant, | CASE NO: 0:23-cv-62145-MD |
| AMERILAND SERVICES, LLC,<br><br>    Consolidated Plaintiff,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY, INC., and K. HOVNANIAN JV SERVICES COMPANY, LLC,<br><br>    Consolidated Defendants. | |

**NOTICE OF SETTLEMENT OF ALL REMAINING CLAIMS PURSUANT TO S.D. Fla. L. R. 7.3**

COMES NOW, Defendant/Counterclaim Plaintiff/Consolidated Plaintiff, AMERILAND SERVICES, LLC ("Ameriland"), by and through the undersigned counsel,

and hereby provides notice to the Court of the following:

1. In accordance with their obligations under S.D. Fla. L. R. 7.3(d), Plaintiff/Counterclaim Defendant, WESCO INSURANCE COMPANY ("Wesco"), Consolidated Defendant, GREENWICH INSURANCE COMPANY, INC. ("Greenwich"), and Ameriland have been diligently trying to resolve Ameriland's claims to attorneys' fees under Fla. Stat. § 627.428 (2019) in good faith and without this Court's intervention.

2. Ameriland is pleased to inform the Court that these efforts have been successful and *all* claims in this matter have now been resolved, pending finalization and execution of settlement agreements/releases (which is anticipated to occur within the next week).

3. Shortly thereafter, the parties intend to file a joint stipulation of dismissal with prejudice with respect to all claims in this matter. The parties request this Court retain jurisdiction over this action for purposes of settlement agreement enforcement only.

4. The parties are greatly appreciative of the time and effort this Court and this Court's staff dedicated to the adjudication of this matter.

Dated this 30th day of May, 2025.

Respectfully submitted,

By: _____
Thomas E. Shepard, Esq.
Fla. Bar No.:1037180
Justin M. Thomas, Esq.
Fla. Bar No.: 89405
Boyle Leonard & Anderson, P.A.
9111 W. College Pointe Drive.

Fort Myers, Florida 33919
Telephone: (239) 337-1303
Facsimile: (239) 337-7674
Primary Email:
EService@insurance-counsel.com
Secondary Email:
JThomas@insurance-counsel.com
Secondary Email:
TShepard@insurance-counsel.com

*Counsel for Defendant, Ameriland Services, LLC*